IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:25-cv-00548-TDS-JLW

| | |
|---|---|
| LATSHIA GUIFARRO,<br><br>    Plaintiff,<br>vs.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>    Defendant. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO MOVE, SERVE AN ANSWER, OR OTHERWISE PLEAD** |

**THIS MATTER** having come before the Clerk of Court on Defendant Laboratory Corporation of America Holdings' ("Labcorp") motion for an order extending the time for Labcorp to move, serve an answer, or otherwise plead to Plaintiff's Complaint (ECF No. 1), by two (2) weeks, up to and including August 11, 2025, pursuant to Rules 6(b) and 81(c) of the Federal Rules of Civil Procedure and Local Civil Rules 6.1(a), and 77.2; and

It appearing to this Court that the time allowed for Labcorp to move, serve an Answer, or otherwise plead has not expired; that Plaintiff, by and through her counsel, was consulted and consents to the two (2)-week extension of time, up to and including August 11, 2025; that good cause exists for the granting of this motion; and that said motion should be allowed;

**IT IS NOW THEREFORE ORDERED** that Defendant Laboratory Corporation of America Holdings' motion for extension of time to move, serve an answer, or otherwise plead shall be and the same is hereby GRANTED; and Labcorp shall have up to and

1600955451.1

including August 11, 2025, to move, serve an answer, or otherwise plead to Plaintiff's Complaint.

**IT IS SO ORDERED.**

This the _____ day of July, 2025.

_____
CLERK OF THE COURT
UNITED STATES DISTRICT COURT

2

1600955451.1

Case 1:25-cv-00548-TDS-JLW   Document 6-1   Filed 07/25/25   Page 2 of 2